## Return

| Case No.: 26-951 M(NJ) | Date and time warrant executed: 7/9/2026 @ 1:00p.m | Copy of warrant and inventory left with: n/A |
|---|---|---|

Inventory made in the presence of : TFO Ryan Foth

Inventory of the property taken and name(s) of any person(s) seized:

2 out of 3 phone extractions and downloads.
One of phones was unable to get extracted.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/1/2026

*Executing officer's signature*

SA Dean Kazanjian, SA
*Printed name and title*